O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| MATRIX, INC., | Case No. 2:13-cv-04565-ODW(JCGx) |
|---|---|
| Plaintiff, | **ORDER TO SHOW CAUSE RE. SETTLEMENT** |
| v. | |
| LOVE TREE FASHION, INC.; THE TJX COMPANIES, INC.; IRON PUPPY; CORNERSTONE APPAREL, INC.; A'GACI, LLC; DOES 1–10, | |
| Defendants. | |

In light of the filed January 10, 2014 Notice of Settlement, the Court **ORDERS** the parties **TO SHOW CAUSE**, in writing no later than **Tuesday, January 21, 2014**, why they have no finalized their settlement.  No hearing will be held on this matter.  The Court also **VACATES** all over dates pending in this case.  The Court will discharge this Order upon the filing of a voluntary or stipulated dismissal.

**IT IS SO ORDERED.**

January 13, 2014

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**